**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SHANE ROSE, | : | Civil No. 10-3399 (SDW) |
| Petitioner, | : | |
| v. | : | **ORDER** |
| ERIC H. HOLDER, et al., | : | |
| Respondents. | : | |

For the reasons expressed in the Memorandum Opinion filed herewith,

IT IS on this 18th day of March, 2011,

ORDERED that the Petition is DISMISSED AS MOOT; and it is further

ORDERED the Clerk shall serve this Order upon the parties, and shall close the file.

s/Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**